**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7007

TERRANCE L. BUTLER,

              Plaintiff – Appellant,

        v.

JOSEPH HIGGS, Superintendent; OFFICER FULTON, Correctional
Officer; OFFICER SORRELL; MR. FIRTH, Counselor; L. WALLACE,
Inmate    Service    Member/Ombudsman;    EDITH    SHERMAN,
Nurse/Medical Personnel; DIRECTOR OF MEDICAL, RAPPAHANNOCK
REGIONAL JAIL; DIRECTOR OF SECURITY, RAPPAHANNOCK REGIONAL
JAIL,

              Defendants - Appellees.


Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:10-cv-00173-JCC-TRJ)


Submitted:  November 30, 2010      Decided:  December 7, 2010


Before WILKINSON, KEENAN, and WYNN, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Terrance L. Butler, Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance L. Butler appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(A)(b)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Butler v. Higgs, No. 1:10-cv-00173-JCC-TRJ (E.D. Va. July 2, 2010). We deny Butler's motions for appointment of counsel and a transcript at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED